**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| IN RE ECKSTEIN MARINE SERVICE, LLC § | |
| n/k/a MARQUETTE TRANSPORTATION, § | |
| GULF-INLAND, LLC, as owner/operator § | |
| of the M/V ST ANDREW FOR § | CIVIL ACTION NO. H-10-0156 |
| EXONERATION FROM OR LIMITATION § | |
| OF LIABILITY § | |

**ORDER**

Marquette Transportation, Gulf-Inland, LLC has filed a motion for reconsideration of this court's February 3, 2010 Memorandum and Order, (Docket Entry No. 13), which dissolved the stay and injunction of state court proceedings entered on January 26, 2010, (Docket Entry No. 5). Marquette's reconsideration motion, like its initial opposition to dissolving the stay, is based on the argument that this court should maintain the stay because additional claims might be made between now and April 30, 2010, when the monition period is set to expire. (Docket Entry No. 14). Loren Jackson, the only existing claimant and the party that filed the motion to dissolve the stay, has responded to the reconsideration motion. (Docket Entry No. 14).

In his response, Jackson informed the court that the state court trial, originally set for February 15, 2010, has been continued to May 17, 2010. Based on this new setting, the state court trial will not proceed until more than two weeks after the close of the monition period. This change in timeline moots Marquette's arguments urging reconsideration. The motion is denied.

SIGNED on February 9, 2010, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge